IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Michael Malone
Debtor

, Debtor(s)

Case No.: 18-23691

Judge: Honorable Timothy Barnes

Chapter: 13

## NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE that on __November 15th__ at __9:30 am__ or as soon thereafter as I may be heard, I shall appear before the Honorable Judge __Barnes__ or any other Bankruptcy Judge presiding in his/her place in

✓ Room __744__, the courtroom usually occupied by said Judge, in the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604.

___ DuPage County Courthouse, 505 N. County Farm Road, Courtroom 4016, Wheaton, IL.

___ Will County Court, Joliet City Hall, 150 W. Jefferson Street, 2nd Fl, Joliet, IL 60432.

___ North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073

___ Kane County Courthouse, 100 S. Third Street, Room 140, Geneva, IL.

and then and there present my motion.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was delivered by means of __email & U.S. Mail__ to the persons listed above at their respective addresses on or before _____.

_____
Debtor, Pro Se

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 07 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## SERVICE LIST

**Michael L Malone**  BY FIRST CLASS US MAIL
609 Glenwood Lansin Rd
Unit 204
Glenwood, IL 60425

**Marilyn O Marshall**  BY ECF ELECTRONIC DELIVERY
224 South Michigan Ste 800  & U.S. Mail (1st Class)
Chicago, IL 60604

**Patrick S Layng**  BY ECF ELECTRONIC DELIVERY
Office of the U.S. Trustee, Region 11  U.S. Mail (1st Class)
219 S Dearborn St
Room 873
Chicago, IL 60604
USTP Region 11.ES.ECF@
usdoj.gov

**Kelly C Elmore**  BY ECF ELECTRONIC DELIVERY
Kovitz Shifrin Nesbit  1st Class U.S. Mail
33 N. Dearborn Street, Suite 1910
Chicago, IL 60602
Kelmore@ksnlaw.com

**Ronald J. Kapustka**  BY ECF ELECTRONIC DELIVERY
Kovitz Shifrin Nesbit  1st Class U.S. Mail
175 N. Archer Avenue
Mundelein, IL 60060

David Turiciano
for Consumer Portfolio Serv
19500 Jamboree Rd
Irving, CA 92612
By U.S. Mail
(1st class) + ECF

David Turiciano
626 W. Moreland Bl
Waukesha WI. 53118
David Turiciano@gmail.com

Glenwood Green Condominiums  By US Mail (1st Class)
(Creditor):
Paul Basch
Basch Law Office
P.O. Box 1285
Northbrook, IL

Glenwood Green Condominium  By US Mail (1st class)
Association, Glenwood Green West LC
Kinzie Glenwood LP
WB Chicago, Inc

Capital One Auto Finance, a division  By US Mail (1st Class)
of Capital One, N.A., c/o AIS
Portfolio Services LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ronald J. Kapustka  1st Class By Mail & ECF
Kovitz Shifrin Nesbit  ndaily@ksnlaw.com
175 N. Archer Ave
Mundelein, IL 60060

## CERTIFICATE OF SERVICE

I, Michael L. Malone, Pro Se' state that on            , 2018, the above Notice Of Emergency Motion for Extension Of Automatic Stay and the appended Order have been filed and served on all parties to whom it is directed, either via the Court's Electronic Notice for Registrants or via First Class Mail, and via email to all of the attached individuals.

*/s/ Michael Malone*                                   7 Nov 2018

Michael Malone                                          Date

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

CHICAGO

IN RE:

Michael L. Malone                             Bankruptcy Case No. 18-23691

Debtor                                        Chapter 13

Judge Timothy A. Barnes

MOTION FOR ~~Reconsidering~~ Impose a ~~Lift of Stay~~ HEARING TO RE-INSTATE & EXTEND AUTOMATIC STAY

Have the courts grant a Extension Of Automatic Stay in Court (3) mths.

Comes the Debtor Pro'Se seeking to have the courts grant a Re-instatement & Extension Of the Automatic Stay that was lifted on 10/4/2018 & 11/1/2018. Pro Se Debtor' was forced to filed Chapter 13 without counsel after counsel withdrew untimely. Thereby, leaving Debtor without the needed protection to survive in a second filing.

Debtor ask the court to Impose Extension of a Automatic Stay and protection from creditors in this unusual circumstance.     Debtor seeks protection with undue delay.


WHEREFORE, Debtor prays for relief from the Creditors that have been granted relief and those that seek relief.


Michael Malone

Debtor

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**NOV 07 2018**

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

United States Bankruptcy Court
For the Northern District of Illinois
Eastern Division

IN RE:
Michael L. Malone
    Debtor

Chapter 13
No. 18-23691

Motion To: Reconsider Lift Of Automatic Stay Creditor
To Object to Termination of Stays
DATED 10/4/18 & 11/1/18 & to Impose
Automatic Stay of ALL Creditors.

Comes the Debtor, Pro SE asking courts to grant protection from named creditors Consumer Portfolio, Glenwood Greens West LLC, Kinzie Glenwood LP, WB Chicago, Inc. AND Glenwood Green Condominium Assocan and any other credit

Michael Malone
Pro Se Debtor

FILED
NOV 07 2018
JEFFREY P. ALLSTEADT, CLK
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
INTAKE 2

Proof of Service
I, Michael Malone certify that I served this notice and attached motion upon all parties named in this notice as stated on the attached service list by the method stated and if by first class US Mail with proper postage prepaid in Glenwood IL. all on 11/7/18